**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF:                                  Chapter 11

NTP MARBLE, INC.                                   Case No. 13-10087 (SR)

                                                   APPOINTMENT OF COMMITTEE
            Debtor(s).                             OF UNSECURED CREDITORS
----------------------------------

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **SMDIA Stone, LLC.,** 21 Grand Avenue, Suite 302, Palisades Park, NJ 07650; Attn: Seung Youn; Phone: (201) 906-0100/Fax: (201) 941-2269; E-Mail: smdiastone@hotmail.com;

2. **F.C. Pennsylvania Stadium, LLC**., 2501 Seaport Drive, Switch House, Suite 500, Chester, PA 19013; Attn: David P. Debusschere; Phone: (610) 497-6282/Fax: (610) 497-3309; E-Mail: ddebusschere@philadelphiaunion.com;

3. **MS International, Inc.,** 2095 North Batavia Street, Orange, CA 92865; Attn: Robbie Pun; Phone: (714) 685-7654/Fax: (714) 685-2764; E-Mail: bhavesh@msistone.com;

4. **La Ponte Marmi SRL;** Localita Romagnano, Via Ponte 37023 Grezzana (Verona) Italy; Attn: Tedeschi Filippo; Phone: +39/045-8650510/Phone: +39/045-8650490; E-Mail: filippo@laponte.it;

5. **Marmi Orobici E Graniti, SPA;** Via Cavallera, 1, 24060 Telgate, Bergamo, Italy; Attn: Marmi Orobici E. Graniti; Phone: +39 348 6294705/Phone: +917 520 7213; E-Mail; marco@marmiorobici.it;

                                              Roberta A. DeAngelis
                                              United States Trustee
                                              Region 3


                                              */s/ George M. Conway for*
                                              Frederic J. Baker
                                              Assistant United States Trustee

DATED:  February 1, 2013
Attorney assigned to this case: George M. Conway, (215) 597-4411


Created 01/18/12