UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : CHAPTER 11 |
| NTP Marble Inc. | : |
| dba Colonial Marble and Granite, | : |
| | : BANKRUPTCY NO. 13-10087 |
| DEBTOR. | : |
| | : |

NOTICE OF INTENTION OF THE DEBTORS
TO COMPENSATE OFFICERS AND INSIDERS PURSUANT TO L.B.R. 4002-1

TO:   ALL CREDITORS AND THE OFFICE OF THE UNITED STATES TRUSTEE, NOTICE IS HEREBY GIVEN:

1.   On January 4, 2013 (the "Filing Date"), NTP Marble, Inc. (the "Debtor") filed a voluntary petition for reorganization under chapter 11 of title 11 of the United States Code, as amended (the "Bankruptcy Code").

2.   The Debtor intends to pay compensation to the following officers on a weekly basis in the following amount:

   a.   Nikos Papadopoulos: $4,000.00[1]

   b.   Tom Papadopoulos: $4,000.00[2]

   c.   Angelo Bekas: $4,000.00[3]

3.   The rate of weekly compensation paid to each officer on the ninetieth (90th) day prior to the Filing Date:

   a.   Nikos Papadopoulos: $7,500.00

   b.   Tom Papadopoulos: $7,500.00

   c.   Angelo Bekas:     $7,500.00

---

[1] This reflects an annual salary of $208,000.00.
[2] This reflects an annual salary of $208,000.00.
[3] This reflects an annual salary of $208,000.00.

1

4. The officers' duties and responsibilities consist of the following:

   a. **Nikos Papadopoulos**:<u>President</u>. Nikos Papadopoulos oversees complete operations of the debtor. His primary responsibilities are monitoring the sales operation, marketing, customer service, key accounts, strategic planning, and business development for the Debtor.

   b. **Tom Papadopoulos**: <u>Vice President</u>. Tom Papadopoulos oversees complete operations of the debtor. His primary responsibilities are monitoring financing, marketing, strategic planning, and scheduling and logistics for the Debtor.

   c. **Angelo Bekas**: <u>Vice President</u>. Angelo Bekas oversees complete operations of the debtor. His primary responsibilities are monitoring all shop operations and field operations.

5. The Debtors intend to pay compensation to the following Insiders on an annual basis in the following amount:

   | | | |
   |---|---|---|
   | a. | Cleanthes Papadopoulos: | $64,480.00 |
   | b. | Pamela Papadopoulos: | $65,000.00 |
   | c. | Themi Papadopoulos: | $71,500.00 |
   | d. | Chris Bekas: | $57,200.00 |
   | e. | Katherine Bekas: | $57,200.00 |
   | f. | Nicholas Bekas: | $104,000.00 |

6. The rate of annual compensation paid to each Insider on the ninetieth

(90th) day prior to the Filing Date:

    a. Cleanthes Papadopoulos: $64,480.00

    b. Pamela Papadopoulos: $65,000.00

    c. Themi Papadopoulos: $71,500.00

    d. Chris Bekas: $57,200.00

    e. Katherine Bekas: $57,200.00

    f. Nicholas Bekas: $104,000.00

7. The Insiders' duties and responsibilities consist of the following:

    a. Cleanthes Papadopoulos: Supervision of various Mall Kiosk locations.

    b. Pamela Papadopoulos: Salesperson.

    c. Themi Papadopoulos: Account manager.

    d. Chris Bekas: Customer service.

    e. Katherine Bekas: Sales administrator.

    f. Nicholas Bekas: Shop supervision.

8. The Debtors intend to pay the following additional compensation to each officer and insider:

    a. Vehicles: Cleanthes Papadopoulos and Nikos Papadopoulos

    c. Mobile Phones: All individuals listed in paragraphs 2 and 5 of the Notice.

9. Compensation is paid directly by the Debtor.

10. Any creditor or other party in interest who objects to the continued compensation of the above-named individuals should file a written objection specifying

the grounds for such objection with the Clerk's Office, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107, and serve a copy of such objection upon the Debtor and Debtor's Counsel.

                Respectfully submitted,

                CIARDI CIARDI & ASTIN

Date: February 19, 2013      By: _____
                Albert A. Ciardi, III, Esquire
                Jennifer E. Cranston, Esquire
                One Commerce Square, Suite 1930
                2005 Market Street
                Philadelphia, PA  19103
                (T)(215) 557-3550
                (F) (215) 557-3551
                Counsel for the Debtor