# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| **NTP MARBLE, INC. d/b/a COLONIAL MARBLE & GRANITE** | Bankruptcy No. 13-10087 (SR) |
| Debtor. | Hearing Date: March 13, 2013<br>Hearing Time: 1:30 p.m.<br>Hearing Place: Courtroom 4 |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Anastasios Papadopoulos a/k/a Tasos Papadopoulos, by and through its undersigned counsel, Obermayer Rebmann Maxwell & Hippel, LLP, has filed a Motion for an Order Dismissing the Chapter 11 Bankruptcy case of NTP Marble, Inc., d/b/a Colonial Marble & Granite (the "Debtor") Pursuant to 11 U.S.C. § 1112 or, Alternatively, for the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104 (the "Motion").

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case (if you do not have an attorney, you may wish to consult an attorney).

1. If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before March 7, 2013, you or your attorney must do all of the following:

(a) File an answer explaining your position at the United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299

If you mail your answer to the Bankruptcy Court Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) Mail a copy to the attorneys for the Movant:

> Edmond M. George, Esquire
> D. Alexander Barnes, Esquire
> Michael D. Vagnoni, Esquire
> OBERMAYER REBMANN MAXWELL & HIPPEL LLP
> One Penn Center, Suite 1900
> 1617 John F. Kennedy Boulevard
> Philadelphia, PA 19103
> Telephone: (215) 665-3140
> Facsimile: (215) 665-3165

  2. If you or your attorney do not take the steps described above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

  3. A hearing on the Motion is scheduled to be held before the Honorable Stephen Raslavich on March 13, 2013 at 1:30 p.m., at the United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Courtroom #4, Philadelphia, PA 19107. Unless the Court orders otherwise, the hearing in this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

  4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5. You may contact The Bankruptcy Clerk's Office at 215-408-2800 to determine whether the hearing has been canceled because no one filed a response thereto.

Dated: February 21, 2013  By: */s/ Edmond M. George*
          Edmond M. George, Esquire
         Michael D. Vagnoni, Esquire
         OBERMAYER REBMANN MAXWELL & HIPPEL LLP
         One Penn Center, Suite 1900
         1617 John F. Kennedy Blvd.
         Philadelphia, PA 19103-1895
         215-665-3140 – Telephone
         215-665-3165 – Facsimile

         *Counsel to Anastasios "Tasos" Papadopoulos*