# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **CHAPTER 11** |
| **NTP Marble Inc.** : | |
| **dba Colonial Marble and Granite,** : | |
| : | **BANKRUPTCY NO. 13-10087** |
| **DEBTOR.** : | |
| : | |

## ORDER

AND NOW, this _____ day of _____ 2013, having considered the Debtor's Motion regarding Anastasios Papadopoulos' ("Movant") Subpoenas and Requests for Production of Documents Directed to the Third Parties[1], Limiting the Scope of Discovery and for Expedited Treatment (the "Motion"), it is hereby

ORDERED that said Motion is GRANTED in part, and DENIED in part as follows:

1. Movant is entitled to seek discovery of any transactions or occurrences between the Debtor and any of the parties subject to the Third Party Subpoenas for the period of 2006 to the present and the Third Party Subpoenas shall be considered Amended to that effect.

2. Movant may only seek discovery as to transactions between non-debtors and the Individual Debtors[2] to the extent those transactions or occurrences were or should have been disclosed by the Individual Debtors in their Schedules of Assets and Liabilities and Statements of Financial Affairs, and to the extent the Third Party Subpoenas seek discovery and documents

---

[1] On Friday, March 1, 2013, Movant caused to be filed and served Subpoenas and Requests for Production of Documents (the "Third Party Subpoenas") directed to the following non-debtors: (1) Subpoena to Robert Pogue; (2) Ant-Sat; (3) Subpoena to Antenna Star; (4) Subpoena ACEN; (5) Subpoena to NECA; (6) 5311 Atlantic; (7) Subpoena to 5001 Pizza; (8) Subpoena to Bekas; (9) Subpoena to Nikolaos; (10) Subpoena to Maria; (11) Subpoena to Tom;(12) Subpoena to Pamela; (13) Subpoena to Cleanthes; (14) Subpoena to Efthimios; (15) Subpoena to TD Bank; (16) Subpoena to Eagle National Bank; (17) Subpoena National Penn Bank; and (18) Subpoena to Midcoast Community Bank (the recipients of subpoenas 1-18 are hereinafter collectively referred to as the "Third Parties". See Docket Item 80.

[2] The Individual Debtors are Nikolaos Papadopoulos, Athanasios Papadopoulos, and Angelo Bekas.

4694823

beyond this area of inquiry or this time period, they shall be and are hereby so modified.

3. The Individual Debtors shall produce those documents requested by Movant without the need for new or further subpoenas or a request under bankruptcy Rule 2004.

4. This Court shall retain jurisdiction over this dispute and if difficulties or issues arise in the implementation of this Order the parties are free to contact the Court to set up a conference on these issues.

                                                BY THE COURT:

                                                _____
                                                Honorable Stephen Raslavich
                                                United States Bankruptcy Judge