# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| NTP MARBLE, INC. d/b/a<br>COLONIAL MARBLE & GRANITE | Bankruptcy No. 13-10087 (SR) |
| Debtor. | Hearing Date:  April 24, 2013<br>Hearing Time:  1:30 p.m.<br>Hearing Place: Courtroom No. 4 |

## NOTICE OF HEARING ON THE OBJECTIONS OF ANASTASIOS PAPADOPOULOS TO THE DEBTOR'S INTENTION TO COMPENSATE OFFICERS AND INSIDERS

Pursuant to Local Bankruptcy Rule 4002-1, Anastasios Papadopoulos a/k/a Tasos Papadopoulos ("Tasos") has filed Objections to NTP Marble, Inc. d/b/a Colonial Marble & Granite's (the "Debtor") Notice to Compensate Officers and Insiders in this case (the "Objection").

**Your rights may be affected.** You should read these papers carefully, and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.).

**1. A hearing on the Objection is scheduled to be held before the Honorable Stephen Raslavich, United States Bankruptcy Judge on, April 24, 2013 at 1:30 p.m.** at the United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Courtroom # 4, Philadelphia, PA 19107-4299.

2. If a copy of the Objection is not enclosed, a copy of the Objection will be provided to you if you request a copy from the attorney to Tasos at the address listed below.

3. You may contact the Bankruptcy Clerk's Office at 215-408-2800 to determine whether the hearing has been canceled because no one filed a response thereto.

OBERMAYER REBMANN MAXWELL & HIPPEL LLP

Dated: March 25, 2013    By: */s/ Edmond M. George*
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire
One Penn Center, 19th Floor
1617 John F. Kennedy Blvd.
Philadelphia, PA 19103-1895
215-665-3140 – Telephone
*Counsel to Anastasios Papadopoulos a/k/a Tasos Papadopoulos*

4694334.1