# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>NTP MARBLE, INC.<br>d/b/a Colonial Marble and Granite,<br><br>Debtor. | Chapter 11<br><br>Case No.: 13-10087 (SR)<br><br>**Hearing Date: TBD**<br>**Objection Deadline: TBD** |

### ORDER AUTHORIZING THE OFFICIAL COMMITTEE
### OF UNSECURED CREDITORS TO RETAIN AND EMPLOY EDWARD T. GAVIN
### ~~AS COUNSEL~~, *NUNC PRO TUNC*, TO FEBRUARY 15, 2013

Upon consideration of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of NTP Marble, Inc. d/b/a Colonial Marble and Granite (the "Debtor") for an order, pursuant to sections 328(a) and 1103(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the Committee to retain and employ Gavin/Solmonese LLP ("Gavin/Solmonese") as financial advisors, *nunc pro tunc*, to February 15, 2013; and upon consideration of the Verified Statement of Edward T. Gavin (the "Gavin Verified Statement") in support thereof; and the Court finding, based on the representations made in the Application and the Gavin Verified Statement, that Gavin/Solmonese does not represent any interest adverse to the Committee and/or the Debtor's estate with respect to the matters upon which it is to be engaged, that it is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, that its employment is necessary and in the best interests of the Committee and the Debtor's estate; that adequate notice of the Application having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefore, it is:

DM3\2468297.1

1. **ORDERED** that the Application is approved; and it is further

2. **ORDERED** that in accordance with section 1103(a) and, with respect to Gavin/Solmonese's hourly rates, section 328(a) of the Bankruptcy Code, and Bankruptcy Rule 2014(a), the Committee is hereby authorized and empowered to employ and retain the Gavin/Solmonese as its financial advisor and such retention is hereby approved, *nunc pro tunc*, to February 15, 2013; and it is further

3. **ORDERED** that Gavin/Solmonese shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, such Bankruptcy Rules and Local Bankruptcy Rules as may then be applicable from time to time, and such procedures as may be fixed by order of this Court, including any order entered in this case governing professional compensation and reimbursement for services rendered and charges and disbursements incurred; and it is further

4. **ORDERED** that the Committee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application; and it is further

5. **ORDERED** that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

6. **ORDERED** that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: 3/27/2013

The Honorable Stephen Raslavich
United States Bankruptcy Judge

DM3\2468297.1