**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 11 |
| **NTP Marble Inc.** : | |
| **dba Colonial Marble and Granite** : | |
| : | BANKRUPTCY NO. 13-10087 |
| **DEBTOR.** : | |
| : | |

**NOTICE OF DEBTOR'S APPLICATION TO EMPLOY
MILLER COFFEY TATE LLP AS ACCOUNTANTS AND
BANKRUPTCY CONSULTANTS TO THE DEBTOR**

TO: THE UNITED STATES TRUSTEE, RULE 2002 PARTIES, ALL CREDITORS AND PARTIES IN INTEREST, NOTICE IS GIVEN THAT:

1. On January 4, 2013, NTP Marble Inc. dba Colonial Marble and Granite, ("Colonial") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. An Application of Debtor Pursuant to 11 U.S.C. § 327(a) for Authority to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants for the Debtors Nunc Pro Tunc to April 1, 2013 has been filed with the United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert Nix Building, 9th and Market Street, Philadelphia, PA 19106, where it is available for inspection during normal business hours.

3. The Debtor has determined that it requires the services of bankruptcy counsel.

4. The fees and services are fully outlined in the Declaration of Matthew Tomlin, CPA, which is attached to the original Application.

5. Any creditor or party in interest or the U.S. Trustee may file an answer, objection or other responsive pleading to this Application with the Clerk's Office, United States Bankruptcy Court, Robert Nix Building, 9th and Market Street, Philadelphia, PA 19106 and served upon

counsel for the Debtor whose name and address appear below within **eight (8) calendar** days of the date of this Notice and serve a copy upon counsel for the Debtor whose name and address appears below.  Any creditor, party of interest or the U.S. Trustee may request a hearing in writing stating the reason why a hearing is necessary.

      6.  That in the absence of any answer, objection or responsive pleading the Court may enter an Order approving the Application to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants to the Debtor.

                                          **CIARDI CIARDI & ASTIN**

Dated: April 5, 2013                      By:    */s/ Albert A. Ciardi, III*
                                                           Albert A. Ciardi, III, Esquire
                                                            Jennifer E. Cranston, Esquire
                                                            One Commerce Square
                                                           2005 Market Street, Suite 1930
                                                           Philadelphia, PA  19103

                                                           *Counsel to Debtor*