IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| NTP MARBLE, INC.<br>d/b/a Colonial Marble and Granite, | Case No.: 13-10087 (SR) |
| Debtor. | |

**ORDER**

AND NOW, this 7th day of AUG, 2013, upon consideration of the *First Fee Application of Gavin/Solmonese LLC as Financial Advisors, to the Official Committee of Unsecured Creditors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 15, 2013 through April 30, 2012* (the "Application"), it is hereby

**ORDERED** that the Application is **APPROVED**; and it is further

**ORDERED** that the Debtor is authorized to compensate Gavin/Solmonese LLC in the amount of $63,950.00 for services rendered to the Official Committee of Unsecured Creditors and $222.88 for reimbursement of expenses for the period February 15, 2013 through April 30, 2013, for a total due of $64,172.88.

BY THE COURT:

_____
The Honorable Stephen Raslavich