UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Chapter 11 |
| NTP MARBLE, INC. d/b/a<br>Colonial Marble and Granite, | : Case No. 13-10087(SR) |
| Debtor. | |

ORDER APPROVING STIPULATION AND AGREEMENT BY
AND BETWEEN NTP MARBLE, Inc. d/b/a COLONIAL MARBLE AND GRANITE,
ATHANASIOS PAPADOPOULOS, NIKOLAOS PAPADOPOULOS, ANGELO BEKAS,
AND ANASTASIOS PAPADOPOULOS ("TASOS")

AND NOW, this _____ day of _____, 2013, upon consideration of the Debtor's Motion For Order Approving Stipulation Pursuant to Rules 4001 and 9019 ("Motion"), and upon further consideration of objections, if any, to the Motion; and the Court finding that: (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the Motion was sufficient under the circumstances and no other further notice need be provided; (d) a reasonable opportunity to object or to be heard regarding the relief requested in the Motion has been afforded to all interested persons and entities; (e) the relief requested in the Motion[1] is in the best interests of the Debtor's estate; and (f) good and sufficient justification for entering into the Stipulation have been established; and after due deliberation thereon and sufficient cause appearing therefore, it is hereby:

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Motion.

**ORDERED** that the Motion is GRANTED; and

**ORDERED** that the Stipulation, in the form attached as Exhibit A to the Motion, is APPROVED in its entirety.

_____
Honorable Stephen R. Raslavich
United States Bankruptcy Judge